IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DONNELL LEWIS**,

**Plaintiff,**

v.

**XAVIER BLACKBURN,**

**Defendant.**                                                  No. 08-0795-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court are Plaintiff's motions to delay (Docs. 11 & 12).[1] Plaintiff moves the Court to delay the case for sixty days until he is released from prison.[2] Based on the motions, the Court finds no reason to delay the case. Thus, the Court denies the motions.

**IT IS SO ORDERED.**

Signed this 16th day of July, 2009.

/s/    David R Herndon
**Chief Judge**
**United States District Court**

---

[1] Plaintiff filed the same motion twice.

[2] According to the Bureau of Prison's website, Plaintiff is not scheduled to be released from incarceration until December 14, 2009.