IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DONNELL LEWIS**,

**Plaintiff,**

v.

**XAVIER BLACKBURN,**

**Defendant.**                          **No. 08-0795-DRH.**

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's August 14, 2009 motion to strike Defendant's affirmative defense (Doc. 22). On August 18, 2009, Defendant filed a response concurring with the Plaintiff's motion to strike affirmative defense (Doc. 23). Defendant agrees that the affirmative defense of qualified immunity should be stricken and asks for leave to re-raise this affirmative defense should an issue or claim arise to which qualified immunity may apply. Based on the pleadings, the Court **GRANTS** Plaintiff's motion to strike. The Court **STRIKES** Defendant's affirmative defense of qualified immunity. Further, the Court **ALLOWS** Defendant leave to file a motion seeking leave to amend/add this affirmative defense, if necessary.

**IT IS SO ORDERED.**

Signed this 20th day of August, 2009.

/s/      *David R Herndon*

**Chief Judge**
**United States District Court**