IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DONNELL LEWIS,

Plaintiff,

v.

XAVIER BLACKBURN,

Defendant.                                    No. 08-0795-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is a letter from Plaintiff which was filed as a motion not to disclose his address (Doc. 26). Specifically, Plaintiff moves the Court not to disclose his address to Defendant as Plaintiff is terrified of Defendant and fears for his safety and that of his family. The Court **DENIES** the motion. First, Defendant must have Plaintiff's address for purposes of service. Furthermore, the Court cannot presume Defendant will commit the kinds of criminal acts Plaintiff contemplates.

**IT IS SO ORDERED.**

Signed this 8th day of September, 2009.

/s/    *DavidRHerndon*
**Chief Judge**
**United States District Court**