IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DONNELL LEWIS, JR.,** | ) |
| Plaintiff, | ) |
| | ) Civil No. **08-795-DRH-CJP** |
| v. | ) |
| **XAVIER BLACKBURN,** | ) |
| Defendant. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion to Compel Defendant to Respond to Interrogatories. **(Doc. 31)**. Defendant filed a response at **Doc. 33.**

Plaintiff asks the Court to compel defendant to answer certain of his interrogatories, to which defendant has objected. However, neither the interrogatories nor the objections have been made part of the record.

Local Rule 26.1 requires that a motion to compel include a verbatim statement or a copy of the discovery requests and objections. Without same, the Court cannot decide whether the requests and/or objections are proper. In addition, Fed. R. Civ. P. 37(a)(1) requires a party to make a good faith effort to informally resolve discovery disputes before filing a motion to compel, and to include a certification to that effect in the motion.

For the foregoing reasons, plaintiff's Motion to Compel Defendant to Respond to Interrogatories **(Doc. 31)** is **DENIED**.

**IT IS SO ORDERED.**

**DATED: October 1, 2009.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**