IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DONNELL LEWIS, JR.,** | ) |
| Plaintiff, | ) |
| | ) Civil No. **08-795-DRH-CJP** |
| v. | ) |
| **XAVIER BLACKBURN,** | ) |
| Defendant. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Supplemental Motion to Compel Defendant to Disclose Information. **(Doc. 32)**.

Plaintiff is evidently contesting the completeness of defendant's initial disclosures. Initial disclosures are not filed with the Court. For that reason, a motion to compel relating to initial disclosures must include a copy of the disclosures. The motion filed by plaintiff does not include a copy of the disclosures. The motion also lacks a certificate of attempt to resolve.

Plaintiff's Supplemental Motion to Compel Defendant to Disclose Information **(Doc. 32)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE: November 4, 2009.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**