**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**DONNELL LEWIS, JR.,**

**Plaintiff,**

**v.**

**XAVIER BLACKBURN, et al.,**

**Defendant.**                                   **No.08-795-DRH**

**<u>ORDER</u>**

**HERNDON, Chief Judge:**

Before the Court is a Stipulation of Dismissal (Doc. 43) filed by both Defendant Xavier Blackburn and Plaintiff Donnell Lewis, Jr.  Specifically, the parties request that Plaintiff Lewis' claims against Defendant Blackburn be dismissed with prejudice.  The Court **ACKNOWLEDGES** the dismissal and **DISMISSES with prejudice** Plaintiff's remaining claims against Defendant Xavier Blackburn.  The Clerk to enter Judgment accordingly.

**IT IS SO ORDERED.**

Signed this 17th day of March, 2010.


*/s/  David R Herndon*

**Chief Judge
United States District Court**