IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DONNELL LEWIS, JR.,**

    **Plaintiff,**

**v.**

**XAVIER BLACKBURN, et al,**

    **Defendants.**                               Case No. 08-cv-795-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court on Stipulation for Dismissal.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 17, 2010, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                            **NANCY J. ROSENSTENGEL,**
                                            **CLERK OF COURT**

                                            **BY:**       **/s/*Sandy Pannier***
                                                          **Deputy Clerk**

Dated: March 17, 2010

APPROVED: /s/ *David R. Herndon*
                  CHIEF JUDGE
                  U. S. DISTRICT COURT